JPF Med. Servs., P.C. v Hereford Ins. Co. (2020 NY Slip Op 51372(U))

[*1]

JPF Med. Servs., P.C. v Hereford Ins. Co.

2020 NY Slip Op 51372(U) [69 Misc 3d 143(A)]

Decided on November 13, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 13, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2018-2361 K C

JPF Medical Services, P.C., as Assignee of
Ortega, Casildo, Respondent, 
against
Hereford Insurance Co., Appellant. 

Goldberg, Miller & Rubin (Timothy Bishop of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Sharon
Bourne-Clarke, J.), entered October 16, 2018, deemed from a judgment of that court entered
November 2, 2018 (see CPLR 5501 [c]). The judgment, entered pursuant to the October 16, 2018
order denying defendant's motion for summary judgment dismissing the complaint and granting
plaintiff's cross motion for summary judgment, awarded plaintiff the principal sum of
$1,673.69.

ORDERED that the judgment is reversed, with $30 costs, so much of the order entered
October 16, 2018 as granted plaintiff's cross motion for summary judgment is vacated, and
plaintiff's cross motion for summary judgment is denied.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from an order of the Civil Court entered October 16, 2018 denying defendant's motion
which had sought summary judgment dismissing the complaint on the ground that plaintiff had
failed to provide requested verification, and granting plaintiff's cross motion for summary
judgment. A judgment was subsequently entered on November 2, 2018, from which the appeal
is deemed to have been taken (see CPLR 5501 [c]).
Defendant demonstrated, prima facie, that it had timely mailed initial and follow-up requests
for verification (see St. Vincent's Hosp.
of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]), that it had not
received the requested verification, and that it had timely [*2]denied plaintiff's claims on that ground (see 11 NYCRR
65-3.5 [o]). However, the affidavit submitted by plaintiff in opposition to defendant's motion was
sufficient to give rise to a presumption that the requested verification had been mailed to, and
received by, defendant (see Compas
Med., P.C. v Praetorian Ins. Co., 49 Misc 3d 152[A], 2015 NY Slip Op 51776[U] [App
Term, 2d Dept, 2d, 11th & 13th Jud Dists 2015]). In light of the foregoing, there is a triable
issue of fact as to whether plaintiff provided the requested verification.
Accordingly, the judgment is reversed, so much of the order entered October 16, 2018 as
granted plaintiff's cross motion for summary judgment is vacated, and plaintiff's cross motion for
summary judgment is denied.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 13, 2020